■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LERAE YVONNE SMITH, Appellant. [932 NYS2d 757]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Carni, Lindley, Sconiers and Green, JJ.